**CT Corporation**

**Service of Process Transmittal**
09/18/2017
CT Log Number 531942053

**TO:** Kim Lundy Service of Process, Legal Support Supervisor
Wal-Mart Stores, Inc.
702 SW 8th St, MS#0215
Bentonville, AR 72716-6209

**RE:** **Process Served in Florida**

**FOR:** Wal-Mart Stores, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Velazquez Elsa Luz Delgado-, Pltf. vs. Wal-Mart Stores, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint and Demand, Designation, Request(s), Certificate(s), First Request(s), Notice(s), Instructions, Interrogatories, Attachment(s) |
| **COURT/AGENCY:** | Hillsborough County Circuit Court, FL<br>Case # 17CA8528 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 10/12/2016 - Walmart Supercenter Store No. 5036, Tampa, Hillsborough County, Florida |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/18/2017 at 11:20 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Carl J. Dicampli<br>Law Offices of Lorenzo and Lorenzo, P.A.<br>4601 N. Armenia Avenue<br>Tampa, FL 33603<br>813-998-9529 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/18/2017, Expected Purge Date: 09/23/2017<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of  1 / DJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

ELSA LUZ DELGADO-VELAZQUEZ,

    Plaintiff,

CASE NO.: __17-CA-8528__

vs.

DIVISION: __F__

WAL-MART STORES, INC.,

    Defendant.

_____/

*9-18-2017*
*11:20 am*
*sps 1273*

**SUMMONS**

THE STATE OF FLORIDA

To Each Sheriff of the State:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, Request for Admissions, Request for Production and Interrogatories in the above-styled cause upon the Defendant:

    **WAL-MART STORES, INC.,**
    c/o Registered Agent
    C T Corporation System
    1200 South Pine Island Road
    Plantation, FL 33324

    Defendant is hereby required to serve written defenses to said complaint on Plaintiff's attorney, whose name and address is:

    **CARL J. DICAMPLI, ESQ.**
    *LORENZO & LORENZO, P.A.*
    4601 North Armenia Avenue
    Tampa, Florida 33603

within 20 days after the service of this summons upon said Defendant, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

WITNESS my hand and seal of said court on this __13th__ day of __September__, 20__17__.



PAT FRANK
As Clerk of Circuit Court

By _____VPhillips_____
Deputy Clerk

(Court Seal)

\* In accordance with the Americans with Disabilities Act, persons needing a special accommodation to participate in this proceeding should contact A.D.A. Coordination not later than 7 days prior to the proceeding at (813) 272-7040 or via Florida Relay Service for the hearing impaired at 1-800-955-8771 (T.D.D.) (Hillsborough County)

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

ELSA LUZ DELGADO-VELAZQUEZ,

    Plaintiff,

vs.

CASE NO.: _____

DIVISION: _____

WAL-MART STORES, INC.,

    Defendant.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW, Plaintiff, ELSA LUZ DELGADO-VELAZQUEZ, by and through the undersigned counsel, hereby sues Defendant, WAL-MART STORES, INC., and in support thereof states as follows:

1. This is an action for damages that exceeds Fifteen Thousand dollars ($15,000.00), exclusive of interest and costs.

2. At all times material hereto, Plaintiff, ELSA LUZ DELGADO-VELAZQUEZ, was and is a resident of Hillsborough County, Florida.

3. At all times material hereto, Defendant, WAL-MART STORES, INC., was and is a Florida corporation authorized to and conducting business in Hillsborough County, Florida.

4. At all times material hereto, Defendant, WAL-MART STORES, INC., owned and operated a store, Walmart Supercenter Store No. 5036, in Tampa, Hillsborough County, Florida.

5. The incident, which is the subject of this lawsuit, occurred in Hillsborough County, Florida.

6. On or about October 12, 2016, Plaintiff, ELSA LUZ DELGADO-VELAZQUEZ, was an invitee at the premises of the Defendant, WAL-MART STORES, INC., located in Tampa, Florida.

7. On or about the aforementioned date, Defendant, WAL-MART STORES, INC., acted negligently by failing to exercise reasonable care in the maintenance, inspection, repair, warning and mode of operation of its premises.

8. On the aforementioned date, Defendant, WAL-MART STORES, INC., negligently permitted a substance to exist on the floor of its premises in an area where invitees, such as the Plaintiff travel upon, which created a dangerous condition.

9. Defendant knew or should have known that the existence of a substance on the floor of its premises would create a dangerous condition for its invitees.

10. Defendant knew or should have known of the existence of the substance on the floor of its premises and failed to take the appropriate steps to discover the substance, remove the substance, or warn the Plaintiff, ELSA LUZ DELGADO-VELAZQUEZ, of the existence of the substance.

11. As a result of the Defendant's negligence, Plaintiff, ELSA LUZ DELGADO-VELAZQUEZ, slipped and fell.

12. As a result of the Defendant's negligence, Plaintiff, LUISA SANTOS, suffered permanent injuries.

## COUNT I - NEGLIGENCE

13. Plaintiff re-alleges and incorporates paragraphs 1 through 12 as though fully set forth at length herein.

14. At all times material hereto, Defendant had and maintained control of the premises referenced above.

15. At all times material hereto, Defendant operated the aforementioned premises as a store open to the general public

16. At all times material hereto, Plaintiff, ELSA LUZ DELGADO-VELAZQUEZ, was an invitee of the Defendant and therefore, it was the duty of the Defendant, as owner of the subject premises, to exercise ordinary care and caution, in the operation and maintenance of the subject premises and to keep the premises in a reasonably safe condition for Plaintiff and other invitees to come onto the premises.

17. At all times material hereto, Plaintiff, ELSA LUZ DELGADO-VELAZQUEZ, was an invitee of the Defendant and therefore, the Defendant, as owner of the subject premises, owed a duty to the Plaintiff and other invitees to exercise reasonable care in the maintenance, inspection, repair, warning, or mode of operation of the business premises.

18. At all times material hereto, Defendant carelessly and negligently failed to maintain the premises in a safe and reasonable manner and therefore breached its duty to Plaintiff in one or more but not limited to the following:

   a. Failing to keep the premises in a reasonably safe condition;

   b. Failing to exercise ordinary care and caution in the operation, maintenance and management of the subject premises;

 c. Allowing a dangerous condition to exist, and failing to give notice or warning of such condition to all invitees who came onto the premises;

 d. Failing to follow generally accepted safety practices to ensure the premises were maintained in a reasonably safe condition;

 e. Allowing a dangerous condition to exist over an area, which Plaintiff was required to traverse, resulting in a dangerous or unsafe condition with respect to a person on foot;

 f. Defendant, its agents, servants and/or employees knew or should have known by the exercise of reasonable care, that a hazardous condition existed and constituted a latent and concealed peril and created a dangerous, hazardous and unsafe condition;

 g. Failing to inspect the premises to ensure that a dangerous condition did not exist;

 h. Failed to place safety cones or other devices to mark off and segregate the area;

 i. Failing to properly maintain the area in a safe condition; and/or

 j. An employee of Defendant dropped an item on the floor of the premises which caused a dangerous condition to exist on the Defendant's premises.

19. Defendant, in the exercise of ordinary and reasonable care, knew or should have known of the dangerous condition, which existed.

20. As a direct and proximate result of the negligent of the Defendant, WAL-MART STORES, INC., the Plaintiff, ELSA LUZ DELGADO-VELAZQUEZ, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and/or nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing

conditions, if any. The losses are either permanent in nature or continuing and Plaintiff will suffer the losses and impairments in the future. The injuries consist in whole or in part of significant and permanent loss of an important bodily function, permanent injuries within a reasonable degree of medical probability, and a significant permanent scarring or disfigurement.

WHEREFORE, the Plaintiff, ELSA LUZ DELGADO-VELAZQUEZ, demands judgement against the Defendant, WAL-MART STORES, INC., for compensatory damages, costs and such further relief as is deemed proper by this Court.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable by right of jury.

Respectfully Submitted,

***LORENZO & LORENZO, P.A.***

_____
CARL J. DICAMPLI, ESQ.
Florida Bar No. 0756911
GEORGE A. LORENZO, ESQ.
Florida Bar No. 849596
4601 N. Armenia Avenue
Tampa, Florida 33603
TEL: (813) 998-9529
FAX: (813) 998-9329
Mail@LorenzoandLorenzo.com
Attorney for Plaintiff

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

ELSA LUZ DELGADO-VELAZQUEZ,

    Plaintiff,

vs.

CASE NO.: _____

DIVISION: _____

WAL-MART STORES, INC.,

    Defendant.
_____/

## REQUEST FOR DIVISION ASSIGNMENT

This is a request based on local Administrative Order(s) for the Clerk of the Court to assign the above styled case in the:

    **X**\_\_\_\_ Tampa Division

I understand that the actual division assignment will be in accordance with the Hillsborough County Administrative Orders. If there is no supported request for specific division assignment, this action will be assigned a division based on a random and equitable distribution system.

{Certificate of Service following next page}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document has been filed with the Complaint and Summons.

                                              Respectfully Submitted,

                                              ***LORENZO & LORENZO, P.A.***

                                              CARL J. DICAMPLI , ESQ.
                                              Florida Bar No. 0756911
                                              GEORGE A. LORENZO, ESQ.
                                              Florida Bar No. 849596
                                              4601 N. Armenia Avenue
                                              Tampa, Florida 33603
                                              TEL: (813) 998-9529
                                              FAX: (813) 998-9329
                                              Mail@LorenzoandLorenzo.com
                                              Attorney for Plaintiff